RICHARD S. HARTUNIAN
United States Attorney

Jeremy A. Linden
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2473
jeremy.linden@ssa.gov
Bar No. 516734

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NICOLE ESTELLA HEDIN,                           :
                                                :
                    Plaintiff,                  :    ~~Hon. Randolph F. Treece~~
                                                :    ~~XXXX XXXXXXXX XX XXXXXX~~
              v.                                :    Civil Action No. 12-1789-FJS-RFT
                                                :
                                                :
CAROLYN W. COLVIN,                              :    **CONSENT ORDER TO REMAND**
ACTING COMMISSIONER                             :    **PURSUANT TO SENTENCE 4 OF**
OF SOCIAL SECURITY,                             :    **42 U.S.C. § 405(g)**
                                                :
                    Defendant.[1]               :
------------------------------------------------------- x

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Jeremy A. Linden, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken with regard to Plaintiff's July 30, 2010 applications for Title II Disability Insurance Benefits and Title XVI Supplemental Security Income under the Social

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C § 405(g).

Security Act; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this __5th__ day of __September__, 2013;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

						_____
						Frederick J. Scullin, Jr.
						~~Hon. Randolph F. Treece, Magistrate Judge~~
					Senior United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

				RICHARD S. HARTUNIAN
				United States Attorney

By:	/s/ Jeremy A. Linden
	Jeremy A. Linden
	Special Assistant U.S. Attorney
	Attorney for Defendant


				Office of Peter M. Margolius
				7 Howard Street
				Catskill, NY 12414

By:	_____
	Peter M. Margolius, Esq.
	Attorney for Plaintiff
	Bar No. 601125